# IN THE UNITED STATES DISTRIC COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (AMC) |
| | ) | (Jointly Administered) |
| Reorganized Debtor. | ) | BAP Case no. 21-00016 |
| | ) | |
| GARY S. SMOLKER | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | C.A. no. 21-460-LPS |
| | ) | |
| W. R. GRACE & CO., et al., | ) | |
| | ) | |
| Appellee | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the 20th day of July, 2021, I caused a copy of the following document to be served on the individuals on the attached service list in the manner indicated:

- **Motion for Entry of Order Dismissing Gary S. Smolker's Appeal of Bankruptcy Court Order Canceling Hearing;**
- **Appendix in Support of Motion for Entry of Order Dismissing Gary S. Smolker's Appeal of Bankruptcy Court Order Canceling Hearing**

　　　　　　　　　　　　　　　　　　　　*/s/ James E. O'Neill*
　　　　　　　　　　　　　　　　　　　　James E. O'Neill (Bar No. 4042)

---

[1] W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace", also referred to herein as the "Appellee") is the sole remaining "Reorganized Debtor," and Case No. 01-1139 is the sole remaining open chapter 11 case.

WR Grace & Co., et al. Gary Smolker
Email/Overnight Service List
Case No. 01-1139 (AMC)
Document No. 232423.2
01 – Overnight Delivery
01- Email


**OVERNIGHT DELIVERY**
Gary S. Smolker
16055 Ventura Blvd., Suite 525
Encino, CA  91436-2609
**Email:  GSmolker@aol.com**