# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (AMC) |
| | ) | (Jointly Administered) |
| Reorganized Debtor. | ) | |
| | ) | BAP No. 21-00049 |
| | ) | |
| | ) | C.A. No. 1:21-cv-00987-LPS |
| | ) | |
| | ) | **Related Documents: 33236, 33239, 33240, 929,635, 929636, 929637, and 33246** |

**THE REORGANIZED DEBTOR'S COUNTER-DESIGNATION OF THE RECORD ON APPEAL AND COUNTER-STATEMENT OF ISSUES IN APPEAL CAPTIONED SMOLKER V. W. R. GRACE & CO. (IN RE W. R. GRACE & CO.).**

Pursuant to Fed. R. Bankr. P. 8009(a)(3) and Del. Bankr. L. R. 8009-1, the above-captioned Reorganized Debtor (also as the case may be, the "Appellee") hereby submits its counter-designation of items to be included in the record on appeal. This list supplements the list designated in *Appellant Gary Smolker's Designation of Record nn Appeal and Statement of Issues on Appeal*, filed on July 16, 2021 [Docket No. 33246].

| Filing Date | # | Docket Text |
|---|---|---|
| 01/28/2021 | 33190 (32 pgs) | Transcript regarding Hearing Held 9/17/2020 RE: Status Conference. Remote electronic access to the transcript is restricted until 4/28/2021. The transcript may be viewed at the Bankruptcy Court Clerk's Office. For information about how to obtain a transcript, call the Clerk's Office or Contact the Court Reporter/Transcriber, Veritext, at Telephone number (888)706-4576. Notice of Intent to Request Redaction Deadline Due By 2/4/2021. Redaction Request Due By 2/18/2021. Redacted Transcript Submission Due By 3/1/2021. Transcript access will be restricted through 4/28/2021. (BJM) (Entered: 01/28/2021) |

---

[1] W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc., or "Grace") is the sole remaining "Reorganized Debtor," and Case No. 01-1139 is the sole remaining open chapter 11 case.

| Filing Date | # | Docket Text |
|---|---|---|
| 01/28/2021 | 33191<br>(30 pgs) | Transcript regarding Hearing Held 12/15/2020 RE: Hearing re: Request for Extension. Remote electronic access to the transcript is restricted until 4/28/2021. The transcript may be viewed at the Bankruptcy Court Clerk's Office. For information about how to obtain a transcript, call the Clerk's Office or Contact the Court Reporter/Transcriber, Veritext, at Telephone number (888)706-4576. Notice of Intent to Request Redaction Deadline Due By 2/4/2021. Redaction Request Due By 2/18/2021. Redacted Transcript Submission Due By 3/1/2021. Transcript access will be restricted through 4/28/2021. (BJM) (Entered: 01/28/2021) |
| 01/28/2021 | 33192<br>(32 pgs) | Transcript regarding Hearing Held 1/8/2021 RE: Hearing re: Request for Extension. Remote electronic access to the transcript is restricted until 4/28/2021. The transcript may be viewed at the Bankruptcy Court Clerk's Office. For information about how to obtain a transcript, call the Clerk's Office or Contact the Court Reporter/Transcriber, Veritext, at Telephone number (888)706-4576. Notice of Intent to Request Redaction Deadline Due By 2/4/2021. Redaction Request Due By 2/18/2021. Redacted Transcript Submission Due By 3/1/2021. Transcript access will be restricted through 4/28/2021. (BJM) (Entered: 01/28/2021) |

**[remainder of this page is intentionally left blank]**

| | |
|---|---|
| Dated: July 30, 2021 | THE LAW OFFICES OF ROGER HIGGINS, LLC<br>Roger J. Higgins<br>516 N. Ogden Ave.<br>Suite 136<br>Chicago, IL 60642<br>Telephone: (312) 666-0431<br><br>and<br><br>PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ James E. O'Neill*<br>Laura Davis Jones (Bar No. 2436)<br>James E. O'Neill (Bar No. 4042)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE  19899-8705<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br><br>Co-Counsel for the Reorganized Debtor |

**[remainder of this page is intentionally left blank]**