# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: W.R. Grace & Co., et al., | : | Chapter 11 |
| | : | Bankr. Case No. 01–1139 (AMC) |
| Debtor. | : | BAP No. 21-49 |
| _____ | : | |
| GARY SMOLKER | : | |
| Appellant, | : | |
| v. | : | C. A. No. 21-987-LPS |
| W.R. GRACE & CO., et al., | : | |
| Appellee. | : | |
| _____ | : | |

## **RECOMMENDATION**

At Wilmington this **9th** day of **August, 2021**.

WHEREAS, pursuant to paragraph 2(a) of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District dated September 11, 2012, the court conducted an initial review, which included information from the parties and their counsel, to determine the appropriateness of mediation in this matter;

WHEREAS, as a result of the above screening process, the issues involved in this case are not amenable to mediation and mediation at this stage would not be a productive exercise, a worthwhile use of judicial resources nor warrant the expense of the process.

Although a joint letter was not provided, this judge was copied on the various

emails between Mr. Smolker, the pro se Appellant, and counsel who are representing W. R. Grace & Co., 21-987-LPS, the Appellee. The last email exchanged was from Appellant dated July 28, 2021. As a result of the review of these emails, it is clear that Appellant wants to remain in mandatory mediation and does not want the case to be removed from mandatory mediation. It is equally clear that Appellee does not believe mediation would be worthwhile, which is evident not only by the serial emails, but also by the filing of its motion to dismiss on July 20, 2021 found at D.I. 4. As a result, this judge understands parties respective positions through the extensive emails provided by both sides, and, at this juncture, a joint letter is unnecessary.

THEREFORE, IT IS RECOMMENDED that, pursuant to paragraph 2(a) Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District and 28 U.S.C. § 636(b), this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court. The parties are advised of their right to file objections to this Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(a) and D. Del. LR 72.1.

Local counsel are obligated to inform out-of-state counsel of this Order.

/s/ Mary Pat Thynge
Chief U.S. Magistrate Judge Mary Pat Thynge