# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| W. R. Grace & Co, et al. | ) | Bankruptcy Case No. 01-01139 (AMC) |
| Debtor. | ) | BAP Case No. 21-00016 |
| -------------------------------- | ) | |
| GARY SMOLKER | ) | |
| Appellant, | ) | |
| v. | ) | C.A. No. 21-460-LPS |
| W.R. GRACE & Co, et al | ) | Case No. 1:21-cv-00987-LPS |
| Appellee | ) | |
| _____ | ) | Related Document Nos. 2, 11, 13, 14 |

FILED SEP 15 2021 U.S. DISTRICT COURT DISTRICT OF DELAWARE

**REPLY IN SUPPORT OF OPPOSITION OF APPELLANT GARY SMOLKER TO RECOMMENDATION OF CHIEF U.S. MAGISTRATE JUDGE MARY PAT THYNGE DATED AUGUST 9TH, 2021 THAT THIS BANKRUPTCY APPEAL BE WITHDRAWN FROM MANDATORY MEDIATION**

**FACTS**

Appellee W.R. Grace & Co. ("GRACE") is entitled to file an ANSWER to Appellant Gary Smolker's ("SMOLKER'S") "Opposition to Recommendation of Chief Magistrate Judge Thynge." ("OPPOSITION")

GRACE did not file an ANSWER.

Instead, GRACE filed a document titled "Reply to Opposition of Appellant Gary Smolker to Recommendation of Chief U.S. Magistrate Judge Mary Pat Thynge

19

Dated August 9th, 2021." ("REPLY") See Docket No. 14 filed on September 1, 2021.

GRACE'S REPLY is 13 pages in length and makes reference to "attachments" which are not attached. For example, see Exhibit "A" to GRACE'S ANSWER.

The unattached attachment referred to in Exhibit "A" is an APPENDIX. The Appendix contains 15 attached exhibits which contain 353 pages of pleadings. The attached pleadings in the aggregate weigh in excess of 3 pounds.

GRACE did not provide the District Court Judge, Honorable Leonard P. Stark, with a copy of pleadings which in the aggregate weigh more than 3 pounds.

SMOLKER filed his OBJECTION (accidentally designated an "OPPOSITION") on August 25, 2021. See Docket Number 13 filed on August 25, 2021.

GRACE filed its REPLY on September 1, 2021. See Docket Number 14.

GRACE filed its REPLY seven days after SMOLKER filed SMOLKER'S ObBJECTION.

GRACE'S REPLY is not limited to an "answer" to SMOLKER'S OPPOSITION.

In GRACE'S REPLY GRACE argues SMOLKER'S Appeal should be dismissed: *"Appellee further submits that the instant Appeal should be dismissed forthwith for the reasons set forth in the Motion to Dismiss.*

**STANDING ORDER FOR OBJECTIONS DATED OCTOBER 9, 2013.**

GRACE did not comply with any of the requirements specified in the Standing Order for Objections in the United States District Court for the District of Delaware dated October 9, 2013. ("The Standing Order")

**ARGUMENT**

**I. GRACE'S ANSWER should be stricken because:**
- The Standing Order specifies that an answer must be filed no later than 5 days after an Opposition is filed. GRACE'S ANSWER was filed after the deadline specified in the Standing Order without leave of Court.

- The Standing Order specifies that the answer may not be longer than 10 pages in length. GRACE'S ANSWER is 13 pages in length and refers to attachments that are not attached.
- GRACE'S ANSWER is not an answer.
- GRACE failed to supply United States District Court Judge Stark with over 3 pounds of relevant pleadings.

## II. Chief Magistrate Judge Thynge did not hold a proper judicial hearing.

- Chief Magistrate Judge Thynge did not make a good faith effort to find out what the facts are.
- Chief Magistrate Judge Thynge ignored the fact that GRACE made an argument based on over three pounds of pleading that were not supplied to her.

- Chief Magistrate Judge Thynge did not hold a hearing.

- Chief Magistrate Judge Thynge ignored the fact that GRACE disobeyed Judge Thynge's order to state its position in no more than 1.5 pages of single spaced type.

- Chief Magistrate Judge Thynge based her recommendation on ex parte communications from GRACE'S attorney Roger Higgins.

## III. OLD BOY NETWORK

GRACE'S attorney Roger J. Higgins ends his July 21, 2021 written ex parte communication to Judge Thynge with the following statement "Warmest Regards." See Exhibit "A" to GRACE'S Answer: R. Higgins E-Mail Correspondence (without attachment) dated July 21, 2021.

United States Bankruptcy Judge Ashely M. Chan addresses GRACE attorney James E. O'Neill, Esq. as "JAMIE." See attached "Exhibit "1" excerpt of transcript of proceedings before Judge Chan on September 17, 2020.

## IV. SCREWED UP COURT RECORDS AND SCREWED UP COURT RECORD KEEPING

Grace makes reference to "THE UNTIMELY PLEADINGS" in Exhibit "9" filed 7/20/21 on page ID#274 in its "REPLY IN SUPPORT OF THE REORGANIZED DEBTOR'S REQUEST TO CANCEL JUNE 24, 2021 HEARING" that should have been submitted to Magistrate Judge Thynge and should have been submitted to United States District Court Judge Stark. That pleadings – and more than 3 pounds of other pleadings – that should have been submitted to both Judges was not submitted to either Judge.

GRACE infers that SMOLKER untimely filed pleadings. That is an inference that should be the topic of a discussion that should heard by a mediator and commented on by a mediator.

Whatever the mediator's comments are on that topic will be helpful to both parties.

## CARNIVAL

The original docketing statement for this appeal fails to state that this appeal is an appeal from an order of United States Bankruptcy Judge Ashely M. Chan refusing to allow SMOLKER to make an ex-parte application for sanctions to protect Judge Chan's Mach 26, 2021 ORDER based on the fact that SMOLKER'S right to appeal that ORDER has been and still is being undermined by the unethical conduct of GRACE and GRACE'S attorneys.

GRACE and its attorneys have undermined legal processes throughout these proceedings.

Currently, GRACE'S unlawful unethical practices threaten to make it impossible for SMOLKER to competently prosecute his appeals of Judge Chan's ORDERS.

As a result of GRACE's conduct and Judge Chan's conduct, SMOLKER will not be able to properly prepare SMOLKER's "Appellant's Opening Brief", SMOLKER has not been able to look for a new place to live, and SMOLKER has not been able to escape the financial nightmare of paying over $9,000 per month to stay in a 470 square foot room at the MARRIOTT while SMOLKJER has no choice but to keep SMOLKER'S personal belongings are at a rented condominium in Van Nuys, California

## CONCLUSION

GRACE'S attorneys need to be held accountable for their unethical conduct.

It is up to Judges to protect SMOLKER'S right to appeal the decisions and orders made by Judge Chan which are currently on appeal.

[ASIDE #1: SMOLKER'S PROOF OF CLAIM NUMBER 392 WAS FILED MORE THAN 20 YEARS AGO IN THE UNITED STATES BANKRUPTCY COURT.]

[ASIDE #2: GRACE FILED ITS MOTION FOR SUMMARY JUDGMENT AND DISALLOWANCE OF SMOLKER'S PROOF OF CLAIM NUMBER 392 BUT NEVER PRODUCED A COPY OF SMOLKER'S PROOF OF CLAIM NUMBER 392.]

This is an appeal case of major significance.

The handling of SMOLKER'S prosecution of Proof of Claim No. 392 in the United States Bankruptcy Court for the District of Delaware is a horror story.

A Magistrate Judge who throws his or her heart fully into mediating this appeal will be doing a great public service.

Dated: September 13, 2021 Respectfully submitted,

*[signature]*

Gary Smolker, Appellant in Pro Per

Email: GSmolker@aol.com
Cell Phone: 310-749-9735
Office Phone: 818-788-7290
16055 Ventura Blvd., Suite 525
Encino, CA. 9143



ORIGIN ID:VNYA (818) 788-7290
GARY SMOLKER
SMOLKER LAW FIRM
16055 VENTURA BLVD STE 525

ENCINO, CA 91436
UNITED STATES US

SHIP DATE: 14SEP21
ACTWGT: 0.85 LB
CAD: 6992820/SSF02202

BILL THIRD PARTY

TO **OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
**FOR DISTRICT OF DELAWARE**
**844 N KING STREET**
**WILMINGTON DE 19801**
(111) 111-1111   REF:
INV:
PO:   DEPT:



FedEx Express

E

WED - 15 SEP 4:30P
TRK# 2836 4675 9365   STANDARD OVERNIGHT
0201

**XB ZWIA**   19801
DE-US   PHL

RT 745   6
FZ 749   16:30   D
                  9365
                  09.15

2021 SEP 15 AM 11:4[?]
FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE