OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

John A. Cerino
CLERK OF COURT

844 North King Street, Unit 18
Wilmington, DE 19801-3570
www.ded.uscourts.gov
(302) 573-6170

February 18, 2022

Clerk, U.S. Court of Appeals
for the Third Circuit
Room 21400 U.S.
Courthouse Independence
Mall West 601 Market Street
Philadelphia, PA 19106

**Re:**   USCA Case Number 21-3215
Delaware Case No. **21-cv-00987-LPS**, In Re: W.R. Grace & Co., et al.

Dear Clerk:

Enclosed please find a copy of Gary Smolker's Motion and Declaration which was received by the United States District Court for the District of Delaware on 02/18/2022.

Sincerely,

John A. Cerino,
Clerk of Court

/srs

enc.:   Gary Smolker's Motion and Declaration
cc:     Gary Smolker  (w/out enc.)